No. 67201.—Marbro Lamp Co. v. United States, protests 60/19959, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron ornaments (brackets, sconces, lamp bases, etc.) similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 19, 1962

No. 67202.—Jng. G. McGiffin et al. v. United States, protests 61/5015, etc. (Tampa).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67203.—Ernest Greenwood Co. v. United States, protests 61/13760, etc. (Wilmington, N.C.).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67204.—James G. Wiley, a/c Corsillo Enterprises, Inc., et al. v. United States, protests 61/22832, etc. (Los Angeles).